# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: §
§
GAHM, DARYLD L § Case No. 13-81076
GAHM, GWENDOLYNN S §
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___ . The undersigned trustee was appointed on ___ .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]      $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/DANIEL M. DONAHUE_____
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 13-81076 | TML | Judge: THOMAS M. LYNCH | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|---|
| Case Name: | GAHM, DARYLD L | | | Date Filed (f) or Converted (c): | 03/28/13 (f) |
| | GAHM, GWENDOLYNN S | | | 341(a) Meeting Date: | 05/09/13 |
| For Period Ending: | 05/22/15 | | | Claims Bar Date: | 09/24/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3 br/1 ba Ranch-style Home at 101 South Jackson St | 65,298.00 | 0.00 | | 0.00 | FA |
| 2. Timeshare at Christmas Mountain Resort, 5944 Chris | 20,000.00 | 0.00 | | 0.00 | FA |
| 3. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account (#600-4) with Community Bank, Ora | 5.99 | 0.00 | | 0.00 | FA |
| 5. Checking Account (#0496) with The National Bank, M | 412.50 | 0.00 | | 0.00 | FA |
| 6. Savings Account (#1801) with RIA Federal Credit Un | 10.54 | 0.00 | | 0.00 | FA |
| 7. Household Goods & Furniture | 945.00 | 0.00 | | 0.00 | FA |
| 8. Used Computer | 30.00 | 0.00 | | 0.00 | FA |
| 9. Tools, Lawn Equipment | 75.00 | 0.00 | | 0.00 | FA |
| 10. Books, Pictures | 40.00 | 0.00 | | 0.00 | FA |
| 11. Antique Collection | 300.00 | 0.00 | | 0.00 | FA |
| 12. Nascar & M&M Collection | 200.00 | 0.00 | | 0.00 | FA |
| 13. Used Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 14. Costume Jewelry | 20.00 | 0.00 | | 0.00 | FA |
| 15. 1 Set Wedding Rings | 500.00 | 0.00 | | 0.00 | FA |
| 16. Camera | 50.00 | 0.00 | | 0.00 | FA |
| 17. Modern Woodman Whole Life Insurance Policy (Debtor | 0.00 | 0.00 | | 0.00 | FA |
| 18. -Partnership with Comestar -Partnership with Rober | 13,950.00 | 0.00 | | 0.00 | FA |
| 19. Potential Workers Compensation Claim (Represented | 0.00 | 0.00 | | 0.00 | FA |
| 20. 1999 Oldsmobile Aurora with 211,000 miles in good | 2,400.00 | 0.00 | | 0.00 | FA |
| 21. 1999 Chevy Express 1500 Passenger Van with 163,000 | 2,781.00 | 0.00 | | 0.00 | FA |
| 22. 1998 GMC 1500 with 145,000 miles in good condition | 2,475.00 | 0.00 | | 0.00 | FA |
| 23. 1999 Pontiac Grand Am with 220,000 miles in fair c | 1,311.00 | 0.00 | | 0.00 | FA |
| 24. 29 Head of Cattle for Gahm Farm Business (See Atta | 59,900.00 | 0.00 | | 0.00 | FA |
| 25. 6 Cattle Embryos (stored with Sunshine Genetics, W | 3,600.00 | 0.00 | | 0.00 | FA |
| 26. Farming Equipment for Gahm Farm Business (See Atta | 7,085.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 13-81076 TML Judge: THOMAS M. LYNCH | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | GAHM, DARYLD L | Date Filed (f) or Converted (c): | 03/28/13 (f) |
| | GAHM, GWENDOLYNN S | 341(a) Meeting Date: | 05/09/13 |
| | | Claims Bar Date: | 09/24/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. Income tax refund (u) | 2,252.00 | 0.00 | | 0.00 | FA |
| 28. Inheritance (u) | 8,332.50 | 6,666.00 | | 6,666.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $192,373.53 | $6,666.00 | $6,666.00 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing remains to be done.

Initial Projected Date of Final Report (TFR): 09/01/14    Current Projected Date of Final Report (TFR): 06/01/15

LFORM1  UST Form 101-7-TFR (5/1/2011) *(Page: 4)*    Ver: 18.04c

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 13-81076 -TML | | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- | --- |
| Case Name: | GAHM, DARYLD L | | Bank Name: | BANK OF KANSAS CITY |
| | GAHM, GWENDOLYNN S | | Account Number / CD #: | *******0145  GENERAL CHECKING |
| Taxpayer ID No: | *******6898 | | | |
| For Period Ending: | 05/22/15 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/08/14 | | Trsf In From CONGRESSIONAL BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 6,495.19 | | 6,495.19 |
| 10/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,485.19 |
| 11/28/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,475.19 |
| 12/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,465.19 |
| 01/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,455.19 |
| 02/27/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,445.19 |
| 03/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,435.19 |
| 04/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,425.19 |

|   | COLUMN TOTALS | 6,495.19 | 70.00 | 6,425.19 |
| --- | --- | --- | --- | --- |
| | Less: Bank Transfers/CD's | 6,495.19 | 0.00 | |
| | Subtotal | 0.00 | 70.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 0.00 | 70.00 | |

Page Subtotals    6,495.19    70.00

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 18.04c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 13-81076 -TML | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | GAHM, DARYLD L | | Bank Name: | CONGRESSIONAL BANK |
| | GAHM, GWENDOLYNN S | | Account Number / CD #: | *******0809  GENERAL CHECKING |
| Taxpayer ID No: | *******6898 | | | |
| For Period Ending: | 05/22/15 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/29/13 | 28 | MINNESOTA LIFE INSURANCE COMPANY<br>400 Robert St. N.<br>St. Paul, MN  55101-2098 | INHERITANCE | 1229-000 | 6,666.00 | | 6,666.00 |
| 06/04/13 | 000100 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA  70139 | Blanket Bond | 2300-000 | | 5.50 | 6,660.50 |
| 07/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - June, 2013 | 2600-000 | | 10.00 | 6,650.50 |
| 08/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (July,2013) | 2600-000 | | 10.00 | 6,640.50 |
| 09/11/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (August, 2013) | 2600-000 | | 10.00 | 6,630.50 |
| 10/03/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - September, 2013 | 2600-000 | | 10.00 | 6,620.50 |
| 11/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - October, 2013 | 2600-000 | | 10.00 | 6,610.50 |
| 12/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - November, 2013 | 2600-000 | | 10.00 | 6,600.50 |
| 01/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - December, 2013 | 2600-000 | | 10.00 | 6,590.50 |
| 02/06/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - January, 2014 | 2600-000 | | 10.00 | 6,580.50 |
| 03/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - February, 2014 | 2600-000 | | 10.00 | 6,570.50 |
| 04/07/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - March, 2014 | 2600-000 | | 10.00 | 6,560.50 |
| 05/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - April, 2014 | 2600-000 | | 10.00 | 6,550.50 |
| 06/04/14 | 000101 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA  70139 | Bond Premium (#016018067) | 2300-000 | | 5.31 | 6,545.19 |
| 06/04/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - May, 2014 | 2600-000 | | 10.00 | 6,535.19 |
| 07/03/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,525.19 |
| 08/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,515.19 |
| 09/04/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,505.19 |
| 10/03/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,495.19 |
| 10/08/14 | | Trsf To BANK OF KANSAS CITY | FINAL TRANSFER | 9999-000 | | 6,495.19 | 0.00 |

Page Subtotals     6,666.00     6,666.00

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 18.04c

FORM 2

Page: 3

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-81076 -TML | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | GAHM, DARYLD L | | Bank Name: | CONGRESSIONAL BANK |
| | GAHM, GWENDOLYNN S | | Account Number / CD #: | *******0809 GENERAL CHECKING |
| Taxpayer ID No: | *******6898 | | | |
| For Period Ending: | 05/22/15 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 6,666.00 | 6,666.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 6,495.19 | |
| | | | Subtotal | | 6,666.00 | 170.81 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 6,666.00 | 170.81 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| GENERAL CHECKING - ********0145 | 0.00 | 70.00 | 6,425.19 |
| GENERAL CHECKING - ********0809 | 6,666.00 | 170.81 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 6,666.00 | 240.81 | 6,425.19 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM24

Ver: 18.04c

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | | Date: May 22, 2015 |
|---|---|---|---|---|---|---|---|

Case Number:   13-81076  
Debtor Name:   GAHM, DARYLD L

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|---|
| 001<br>2100-00 | DANIEL M. DONAHUE | Administrative | | | $0.00 | $1,416.60 | $1,416.60 |
| BOND 999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA  70139 | Administrative | Filed 06/04/13<br><br>9010020809<br>9010020809 | <br><br>06/04/13<br>06/04/14 | $0.00<br><br>100<br>101 | $10.81<br><br>5.50<br>5.31 | $10.81 |
| 001<br>3110-00 | MCGREEVY WILLIAMS | Administrative | | | $0.00 | $1,567.00 | $1,567.00 |
| 001<br>3120-00 | MCGREEVY WILLIAMS | Administrative | | | $0.00 | $49.14 | $49.14 |
| 000001<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | Filed 06/03/13 | | $0.00 | $2,829.47 | $2,829.47 |
| 000002<br>070<br>7100-00 | Vita Plus Lanark<br>Vita Plus Corporation<br>POB 259126<br>Madison, WI 53725 | Unsecured | Filed 06/10/13 | | $0.00 | $2,248.59 | $2,248.59 |
| 000003<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | Filed 06/21/13 | | $0.00 | $6,431.40 | $6,431.40 |
| 000004<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | Filed 06/21/13 | | $0.00 | $3,149.96 | $3,149.96 |
| 000005<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2238 | Unsecured | Filed 06/25/13 | | $0.00 | $8,735.61 | $8,735.61 |
| 000006<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2238 | Unsecured | Filed 06/25/13 | | $0.00 | $1,783.34 | $1,783.34 |
| 000007<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2238 | Unsecured | Filed 06/25/13 | | $0.00 | $2,484.89 | $2,484.89 |
| 000008<br>070<br>7100-00 | GE Capital Retail Bank<br>c/o Recovery Management Systems<br>Corp | Unsecured | Filed 07/11/13<br>(8-1) SAM'S CLUB DISCOVER or GEMB | | $0.00 | $2,777.38 | $2,777.38 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 22, 2015 |
|---|---|---|---|---|---|---|

Case Number: 13-81076  
Debtor Name: GAHM, DARYLD L  

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | 25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | | | | | |
| 000009<br>070<br>7100-00 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | Filed 08/14/13<br>(9-1) CREDIT CARD DEBT | $0.00 | $6,329.43 | $6,329.43 |
| 000010<br>070<br>7100-00 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | Filed 08/14/13<br>(10-1) CREDIT CARD DEBT | $0.00 | $4,080.01 | $4,080.01 |
| 000011<br>070<br>7100-00 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | Filed 08/14/13<br>(11-1) CREDIT CARD DEBT | $0.00 | $2,998.02 | $2,998.02 |
| 000012<br>070<br>7100-00 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | Filed 08/14/13<br>(12-1) CREDIT CARD DEBT | $0.00 | $1,769.93 | $1,769.93 |
| 000013<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>successor to CAPITAL ONE, N.A<br>POB 41067<br>Norfolk VA 23541 | Unsecured | Filed 08/22/13 | $0.00 | $3,322.24 | $3,322.24 |
| | Case Totals: | | | $0.00 | $51,983.82 | $51,983.82 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-81076
Case Name: GAHM, DARYLD L
              GAHM, GWENDOLYNN S
Trustee Name: DANIEL M. DONAHUE

    Balance on hand                           $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ | $ | $ |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ | $ | $ |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses     $_____

    Remaining Balance                                   $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ | $ | $ |
| 000002 | Vita Plus Lanark | $ | $ | $ |
| 000003 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000004 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000005 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000006 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000007 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000008 | GE Capital Retail Bank | $ | $ | $ |
| 000009 | eCAST Settlement Corporation, assignee | $ | $ | $ |
| 000010 | eCAST Settlement Corporation, assignee | $ | $ | $ |
| 000011 | eCAST Settlement Corporation, assignee | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | eCAST Settlement Corporation, assignee | $ | $ | $ |
| 000013 | Portfolio Recovery Associates, LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance                                              $_____


Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE