## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GAHM, DARYLD L | § | Case No. 13-81076 |
| GAHM, GWENDOLYNN S | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> U.S. Bankruptcy Clerk's Office
> Stanley J. Roszkowski U.S. Courthouse
> 327 South Church Street
> Room 1100
> Rockford, Illinois 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 06/17/2015 in Courtroom 3100,
> U.S.Courthouse
> 327 South Church Street
> Rockford, IL 61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____       By: /s/ Daniel M. Donahue
                                                                             Trustee


*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GAHM, DARYLD L | § | Case No. 13-81076 |
| GAHM, GWENDOLYNN S | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 6,666.00 |
| and approved disbursements of | $ | 240.81 |
| leaving a balance on hand of[1] | $ | 6,425.19 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DANIEL M. DONAHUE | $ 1,416.60 | $ 0.00 | $ 1,416.60 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 1,567.00 | $ 0.00 | $ 1,567.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 49.14 | $ 0.00 | $ 49.14 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 10.81 | $ 10.81 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 3,032.74 |
| Remaining Balance | $ | 3,392.45 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest

UST Form 101-7-NFR (10/1/2010) (Page: 2)

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 48,940.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 2,829.47 | $ 0.00 | $ 196.13 |
| 000002 | Vita Plus Lanark | $ 2,248.59 | $ 0.00 | $ 155.87 |
| 000003 | Capital One Bank (USA), N.A. | $ 6,431.40 | $ 0.00 | $ 445.81 |
| 000004 | Capital One Bank (USA), N.A. | $ 3,149.96 | $ 0.00 | $ 218.35 |
| 000005 | FIA CARD SERVICES, N.A. | $ 8,735.61 | $ 0.00 | $ 605.54 |
| 000006 | FIA CARD SERVICES, N.A. | $ 1,783.34 | $ 0.00 | $ 123.62 |
| 000007 | FIA CARD SERVICES, N.A. | $ 2,484.89 | $ 0.00 | $ 172.25 |
| 000008 | GE Capital Retail Bank | $ 2,777.38 | $ 0.00 | $ 192.52 |
| 000009 | eCAST Settlement Corporation, assignee | $ 6,329.43 | $ 0.00 | $ 438.74 |

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | eCAST Settlement Corporation, assignee | $ 4,080.01 | $ 0.00 | $ 282.82 |
| 000011 | eCAST Settlement Corporation, assignee | $ 2,998.02 | $ 0.00 | $ 207.82 |
| 000012 | eCAST Settlement Corporation, assignee | $ 1,769.93 | $ 0.00 | $ 122.69 |
| 000013 | Portfolio Recovery Associates, LLC | $ 3,322.24 | $ 0.00 | $ 230.29 |

Total to be paid to timely general unsecured creditors     $         3,392.45

Remaining Balance                                          $            0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

                              Prepared By: /s/ Daniel M. Donahue
                                                              Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Daryld L Gahm  
Gwendolynn S. Gahm  
    Debtors

Case No. 13-81076-TML  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-3    User: kkrystave    Page 1 of 2    Date Rcvd: May 26, 2015  
                 Form ID: pdf006    Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2015.

```
db/jdb         +Daryld L Gahm,   Gwendolynn S. Gahm,    101 South Jackson Street,   Mount Carroll, IL 61053-1317
20246687       +Agri-graphics Ltd,    PO Box 267,    W 6599 Highway 39,    New Glarus, WI 53574-9705
20246688       +Allan Paulson,    W7458 County Road I,    Juneau, WI 53039-9747
20246689       +Bank of America,    PO Box 851001,    Dallas, TX 75285-1001
20246690       +Brad Deboer,    14014 473 Avenue,    Corona, SD 57227-8241
20246691       +Capital One,    PO Box 6492,    Carol Stream, IL 60197-6492
20638680        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
20246692       +Chase,    PO Box 15153,    Wilmington, DE 19886-5153
20246693        Citi Cards,    Processing Center,    Des Moines, IA 50363-0001
20246694       +Citizens State Bank,    102 W. Main Street,    Lena, IL 61048-9243
20246695       +Client Services Inc.,    3451 Harry S. Truman Blvd,    Saint Charles, MO 63301-9816
20246696        Comestar,    108 Boul. Arthabaska Est.,    Victoriaville, Quebec Canada,   G6T 059
20246698       +Eastland Fabrication,    14273 IL Route 73,    Lanark, IL 61046-8860
20246700       +FHN Memorial Hospital,    PO Box 857,    Freeport, IL 61032-0857
20649583       +FIA CARD SERVICES, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
20246701        FIA Card Services,    PO Box 851001,    Dallas, TX 75285-1001
20246699        Ferme Pierre Boulet Inc.,    764 Boul Tache Quest,    Montmagny, QC G5V 3R8
20246702       +GC Services Limited Partnership,    6330 Gulfton,    Houston, TX 77081-1198
20246705       +HSBC Card Services,    PO Box 37281,    Baltimore, MD 21297-3281
20246704       +Household Bank,    PO Box 17051,    Baltimore, MD 21297-1051
20246707       +JC Christensen & Associates,    PO Box 519,    Sauk Rapids, MN 56379-0519
20246706       +Jason Swanson,    8822 Centerville Road,    Capron, IL 61012-9706
20246708       +Juniper Card Services,    125 South West Street,    Wilmington, DE 19801-5014
20246709        Juniper-Card Services,    PO Box 13337,    Philadelphia, PA 19101-3337
20246710       +Kevin Carrara,    300 E. Roosevelt,    Suite 300,    Wheaton, IL 60187-1908
20246711       +Lanark AG Center,    300 N. Boyd Street,    Lanark, IL 61046-1062
20246712       +Livestock Transport,    John B. Patrick,    1960 Daisy Road,    Woodbine, MD 21797-8428
20246714       +Menards,    PO Box 5253,    Carol Stream, IL 60197-5253
20246715       +Milledgeville Vet Clini,    651 Otter Creek Drive,    Milledgeville, IL 61051-9046
20246716       +Orangeville Community Bank,    233 Carver,    Winslow, IL 61089-9433
20900306      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,    successor to CAPITAL ONE, N.A,
                 POB 41067,    Norfolk VA 23541)
20246717       +Postville Vet Clinic,    110 Hyman Drive,    Postville, IA 52162-9097
20246718       +Prairie State,    41 W 394 US Hwy 20,    Hampshire, IL 60140-8896
20246721       +Sunshine Genetics,    W 7782 US 12,    Whitewater, WI 53190-3837
20246722       +Tom & Diane Carne,    37 W. 861 McKee Street,    Batavia, IL 60510-9427
20246723       +Tom Morris Ltd.,    329 South Keller Ave.,    PO Box 6400,    Amery, WI 54001-1283
20246724       +Trans Ova Genetics,    2938 380th Street,    Sioux Center, IA 51250-7514
20246727      ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
               (address filed with court: US Department of Education,    PO Box 7202,    Utica, NY 13504)
20246726      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US Bank,    PO Box 790408,    Saint Louis, MO 63179)
20588012       +Vita Plus Lanark,    Vita Plus Corporation,    POB 259126,    Madison, WI 53725-9126
20246728       +Wells Fargo,    PO Box 1697,    Winterville, NC 28590-1697
20868565        eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
20246697       +E-mail/PDF: mrdiscen@discover.com May 27 2015 01:21:49      Discover,    PO Box 6103,
                 Carol Stream, IL 60197-6103
20561728        E-mail/PDF: mrdiscen@discover.com May 27 2015 01:21:49      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
20711284        E-mail/PDF: gecsedi@recoverycorp.com May 27 2015 00:59:25      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
20246703       +E-mail/PDF: gecsedi@recoverycorp.com May 27 2015 00:59:36      GECRB/Sams Club,    PO Box 103104,
                 Roswell, GA 30076-9104
20246713       +E-mail/Text: ebn@ltdfin.com May 27 2015 01:14:11      LTD Financial Services,
                 7322 Southwest Fwy,    Suite 1600,    Houston, TX 77074-2134
20246719       +E-mail/Text: lraney@riafcu.com May 27 2015 01:16:34      RIA Federal Credit Union,    PO Box 4750,
                 Rock Island, IL 61204-4750
20246725        E-mail/Text: bnc@ursi.com May 27 2015 01:13:39      United Recovery Systems,    PO Box 722929,
                 Houston, TX 77272-2929
                                                                                              TOTAL: 7
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
20868566*       eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
20868567*       eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
20868568*       eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
```

```
District/off: 0752-3          User: kkrystave              Page 2 of 2                  Date Rcvd: May 26, 2015
                              Form ID: pdf006              Total Noticed: 49

20246720     ##+Robert Gallivan,    M331 State Highway 97,    Apt. 208,    Marshfield, WI 54449-8326
                                                                                       TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2015                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2015 at the address(es) listed below:
              Craig A Willette    on behalf of Creditor    Citizens State Bank craigwillette@comcast.net
              Daniel  Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com,
               ddonahue@ecf.epiqsystems.com
              Daniel  Donahue    ddonahue@mjwpc.com,  ddonahue@ecf.epiqsystems.com
              Daniel M Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com
              Michael K Blissenbach    on behalf of Creditor    RIA Federal Credit Union mblissenbach@hotmail.com,
               mkb.dspringerlaw@gmail.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Robert P Follmer    on behalf of Joint Debtor Gwendolynn S. Gahm ostlingassociates@comcast.net,
               follmer777@hotmail.com;jbarnes@ostlinglaw.com;jarnold@ostlinglaw.com;jguthrie@ostlinglaw.com
              Robert P Follmer    on behalf of Debtor Daryld L Gahm ostlingassociates@comcast.net,
               follmer777@hotmail.com;jbarnes@ostlinglaw.com;jarnold@ostlinglaw.com;jguthrie@ostlinglaw.com
                                                                                              TOTAL: 8
```