# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS

| | |
|---|---|
| In re: § | |
| § | |
| GAHM, DARYLD L § | Case No. 13-81076 |
| GAHM, GWENDOLYNN S § | |
| § | |
| Debtor(s) § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 169,861.74 *(Without deducting any secured claims)* | Assets Exempt: 14,179.29 |
| Total Distributions to Claimants: 3,392.45 | Claims Discharged Without Payment: 158,312.07 |
| Total Expenses of Administration: 3,273.55 | |

3) Total gross receipts of $ 6,666.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 6,666.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 183,586.74 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,273.55 | 3,273.55 | 3,273.55 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 163,299.06 | 48,940.27 | 48,940.27 | 3,392.45 |
| **TOTAL DISBURSEMENTS** | $ 346,885.80 | $ 52,213.82 | $ 52,213.82 | $ 6,666.00 |

4) This case was originally filed under chapter 7 on 03/28/2013 . The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/13/2015            By:/s/DANIEL M. DONAHUE
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance | 1229-000 | 6,666.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 6,666.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citizens State Bank 102 W. Main Street Lena, IL 61048 | | 6,487.00 | NA | NA | 0.00 |
| | Orangeville Community Bank 233 Carver Winslow, IL 61089 | | 25,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Orangeville Community Bank 233 Carver Winslow, IL 61089 | | 90,000.00 | NA | NA | 0.00 |
| | Orangeville Community Bank 233 Carver Winslow, IL 61089 | | 26,500.00 | NA | NA | 0.00 |
| | RIA Federal Credit Union PO Box 4750 Rock Island, IL 61204 | | 12,289.20 | NA | NA | 0.00 |
| | RIA Federal Credit Union PO Box 4750 Rock Island, IL 61204 | | 23,310.54 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 183,586.74 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE | 2100-000 | NA | 1,416.60 | 1,416.60 | 1,416.60 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 10.81 | 10.81 | 10.81 |
| BANK OF KANSAS CITY | 2600-000 | NA | 70.00 | 70.00 | 70.00 |
| CONGRESSIONAL BANK | 2600-000 | NA | 160.00 | 160.00 | 160.00 |
| MCGREEVY WILLIAMS | 3110-000 | NA | 1,567.00 | 1,567.00 | 1,567.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MCGREEVY WILLIAMS | 3120-000 | NA | 49.14 | 49.14 | 49.14 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,273.55 | $ 3,273.55 | $ 3,273.55 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Agri-graphics Ltd PO Box 267 W 6599 Highway 39 New Glarus, WI 53574 | | 251.50 | NA | NA | 0.00 |
| | Allan Paulson W7458 County Road I Juneau, WI 53039 | | 1,200.00 | NA | NA | 0.00 |
| | Citi Cards Processing Center Des Moines, IA 50363-0001 | | 3,843.75 | NA | NA | 0.00 |
| | Client Services Inc. 3451 Harry S. Truman Blvd Saint Charles, MO 63301 | | 0.00 | NA | NA | 0.00 |
| | Eastland Fabrication 14273 IL Route 73 Lanark, IL 61046 | | 799.65 | NA | NA | 0.00 |
| | FHN Memorial Hospital PO Box 857 Freeport, IL 61032 | | 3,301.00 | NA | NA | 0.00 |
| | FIA Card Services PO Box 851001 Dallas, TX 75285-1001 | | 19,003.00 | NA | NA | 0.00 |
| | Ferme Pierre Boulet Inc. 764 Boul Tache Quest Montmagny, QC G5V 3R8 | | 5,046.00 | NA | NA | 0.00 |
| | GC Services Limited Partnership 6330 Gulfton Houston, TX 77081 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC Card Services PO Box 37281 Baltimore, MD 21297 | | 3,983.59 | NA | NA | 0.00 |
| | Household Bank PO Box 17051 Baltimore, MD 21297 | | 2,895.47 | NA | NA | 0.00 |
| | JC Christensen & Associates PO Box 519 Sauk Rapids, MN 56379 | | 0.00 | NA | NA | 0.00 |
| | Jason Swanson 8822 Centerville Road Capron, IL 61012 | | 385.00 | NA | NA | 0.00 |
| | Juniper Card Services 125 South West Street Wilmington, DE 19801 | | 0.00 | NA | NA | 0.00 |
| | Juniper-Card Services PO Box 13337 Philadelphia, PA 19101-3337 | | 2,535.31 | NA | NA | 0.00 |
| | Kevin Carrara 300 E. Roosevelt Suite 300 Wheaton, IL 60187 | | 0.00 | NA | NA | 0.00 |
| | LTD Financial Services 7322 Southwest Fwy Suite 1600 Houston, TX 77074 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Livestock Transport John B. Patrick 1960 Daisy Road Woodbine, MD 21797 | | 1,320.00 | NA | NA | 0.00 |
| | Menards PO Box 5253 Carol Stream, IL 60197 | | 325.00 | NA | NA | 0.00 |
| | Milledgeville Vet Clini 651 Otter Creek Drive Milledgeville, IL 61051 | | 1,485.32 | NA | NA | 0.00 |
| | Postville Vet Clinic 110 Hyman Drive Postville, IA 52162 | | 1,812.90 | NA | NA | 0.00 |
| | Prairie State 41 W 394 US Hwy 20 Hampshire, IL 60140 | | 550.00 | NA | NA | 0.00 |
| | RIA Federal Credit Union PO Box 4750 Rock Island, IL 61204 | | 1,359.00 | NA | NA | 0.00 |
| | Sunshine Genetics W 7782 US 12 Whitewater, WI 53190 | | 1,870.00 | NA | NA | 0.00 |
| | Tom & Diane Carne 37 W. 861 McKee Street Batavia, IL 60510 | | 35,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Tom Morris Ltd. 329 South Keller Ave. PO Box 6400 Amery, WI 54001 | | 3,000.00 | NA | NA | 0.00 |
| | Trans Ova Genetics 2938 380th Street Sioux Center, IA 51250 | | 3,193.45 | NA | NA | 0.00 |
| | US Bank PO Box 790408 Saint Louis, MO 63179 | | 6,529.31 | NA | NA | 0.00 |
| | US Department of Education PO Box 7202 Utica, NY 13504 | | 6,000.00 | NA | NA | 0.00 |
| | Wells Fargo PO Box 1697 Winterville, NC 28590 | | 7,075.00 | NA | NA | 0.00 |
| 000003 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 7,841.34 | 6,431.40 | 6,431.40 | 445.81 |
| 000004 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 3,149.96 | 3,149.96 | 218.35 |
| 000001 | DISCOVER BANK | 7100-000 | 3,121.72 | 2,829.47 | 2,829.47 | 196.13 |
| 000009 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | 14,749.75 | 6,329.43 | 6,329.43 | 438.74 |
| 000010 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | NA | 4,080.01 | 4,080.01 | 282.82 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | NA | 2,998.02 | 2,998.02 | 207.82 |
| 000012 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | NA | 1,769.93 | 1,769.93 | 122.69 |
| 000005 | FIA CARD SERVICES, N.A. | 7100-000 | 18,282.96 | 8,735.61 | 8,735.61 | 605.54 |
| 000006 | FIA CARD SERVICES, N.A. | 7100-000 | NA | 1,783.34 | 1,783.34 | 123.62 |
| 000007 | FIA CARD SERVICES, N.A. | 7100-000 | NA | 2,484.89 | 2,484.89 | 172.25 |
| 000008 | GE CAPITAL RETAIL BANK | 7100-000 | 2,717.00 | 2,777.38 | 2,777.38 | 192.52 |
| 000013 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 0.00 | 3,322.24 | 3,322.24 | 230.29 |
| 000002 | VITA PLUS LANARK | 7100-000 | 3,822.04 | 2,248.59 | 2,248.59 | 155.87 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 163,299.06 | $ 48,940.27 | $ 48,940.27 | $ 3,392.45 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-81076 | TML | Judge: THOMAS M. LYNCH | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|---|
| Case Name: | GAHM, DARYLD L | | | Date Filed (f) or Converted (c): | 03/28/13 (f) |
| | GAHM, GWENDOLYNN S | | | 341(a) Meeting Date: | 05/09/13 |
| For Period Ending: | 07/13/15 | | | Claims Bar Date: | 09/24/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3 br/1 ba Ranch-style Home at 101 South Jackson St | 65,298.00 | 0.00 | | 0.00 | FA |
| 2. Timeshare at Christmas Mountain Resort, 5944 Chris | 20,000.00 | 0.00 | | 0.00 | FA |
| 3. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account (#600-4) with Community Bank, Ora | 5.99 | 0.00 | | 0.00 | FA |
| 5. Checking Account (#0496) with The National Bank, M | 412.50 | 0.00 | | 0.00 | FA |
| 6. Savings Account (#1801) with RIA Federal Credit Un | 10.54 | 0.00 | | 0.00 | FA |
| 7. Household Goods & Furniture | 945.00 | 0.00 | | 0.00 | FA |
| 8. Used Computer | 30.00 | 0.00 | | 0.00 | FA |
| 9. Tools, Lawn Equipment | 75.00 | 0.00 | | 0.00 | FA |
| 10. Books, Pictures | 40.00 | 0.00 | | 0.00 | FA |
| 11. Antique Collection | 300.00 | 0.00 | | 0.00 | FA |
| 12. Nascar & M&M Collection | 200.00 | 0.00 | | 0.00 | FA |
| 13. Used Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 14. Costume Jewelry | 20.00 | 0.00 | | 0.00 | FA |
| 15. 1 Set Wedding Rings | 500.00 | 0.00 | | 0.00 | FA |
| 16. Camera | 50.00 | 0.00 | | 0.00 | FA |
| 17. Modern Woodman Whole Life Insurance Policy (Debtor | 0.00 | 0.00 | | 0.00 | FA |
| 18. -Partnership with Comestar -Partnership with Rober | 13,950.00 | 0.00 | | 0.00 | FA |
| 19. Potential Workers Compensation Claim (Represented | 0.00 | 0.00 | | 0.00 | FA |
| 20. 1999 Oldsmobile Aurora with 211,000 miles in good | 2,400.00 | 0.00 | | 0.00 | FA |
| 21. 1999 Chevy Express 1500 Passenger Van with 163,000 | 2,781.00 | 0.00 | | 0.00 | FA |
| 22. 1998 GMC 1500 with 145,000 miles in good condition | 2,475.00 | 0.00 | | 0.00 | FA |
| 23. 1999 Pontiac Grand Am with 220,000 miles in fair c | 1,311.00 | 0.00 | | 0.00 | FA |
| 24. 29 Head of Cattle for Gahm Farm Business (See Atta | 59,900.00 | 0.00 | | 0.00 | FA |
| 25. 6 Cattle Embryos (stored with Sunshine Genetics, W | 3,600.00 | 0.00 | | 0.00 | FA |
| 26. Farming Equipment for Gahm Farm Business (See Atta | 7,085.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 18.05

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 13-81076 | TML | Judge: THOMAS M. LYNCH | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | GAHM, DARYLD L | | | Date Filed (f) or Converted (c): | 03/28/13 (f) |
| | GAHM, GWENDOLYNN S | | | 341(a) Meeting Date: | 05/09/13 |
| | | | | Claims Bar Date: | 09/24/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. Income tax refund (u) | 2,252.00 | 0.00 | | 0.00 | FA |
| 28. Inheritance (u) | 8,332.50 | 6,666.00 | | 6,666.00 | FA |
| TOTALS (Excluding Unknown Values) | $192,373.53 | $6,666.00 | | $6,666.00 | Gross Value of Remaining Assets $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing remains to be done.

Initial Projected Date of Final Report (TFR): 09/01/14     Current Projected Date of Final Report (TFR): 06/01/15

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

Ver: 18.05

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-81076 -TML | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | GAHM, DARYLD L | | Bank Name: | BANK OF KANSAS CITY |
| | GAHM, GWENDOLYNN S | | Account Number / CD #: | *******0145  GENERAL CHECKING |
| Taxpayer ID No: | *******6898 | | | |
| For Period Ending: | 07/13/15 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/08/14 | | Trsf In From CONGRESSIONAL BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 6,495.19 | | 6,495.19 |
| 10/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,485.19 |
| 11/28/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,475.19 |
| 12/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,465.19 |
| 01/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,455.19 |
| 02/27/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,445.19 |
| 03/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,435.19 |
| 04/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,425.19 |
| 06/17/15 | 002001 | DANIEL M. DONAHUE | Trustee Compensation | 2100-000 | | 1,416.60 | 5,008.59 |
| 06/17/15 | 002002 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,567.00 | 3,441.59 |
| 06/17/15 | 002003 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 49.14 | 3,392.45 |
| 06/17/15 | 002004 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 6.9% | 7100-000 | | 196.13 | 3,196.32 |
| 06/17/15 | 002005 | Vita Plus Lanark<br>Vita Plus Corporation<br>POB 259126<br>Madison, WI 53725 | Claim 000002, Payment 6.9% | 7100-000 | | 155.87 | 3,040.45 |
| 06/17/15 | 002006 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000003, Payment 6.9% | 7100-000 | | 445.81 | 2,594.64 |
| 06/17/15 | 002007 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000004, Payment 6.9% | 7100-000 | | 218.35 | 2,376.29 |
| 06/17/15 | 002008 | FIA CARD SERVICES, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2238 | Claim 000005, Payment 6.9% | 7100-000 | | 605.54 | 1,770.75 |

Page Subtotals    6,495.19    4,724.44

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-81076 -TML | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | GAHM, DARYLD L | Bank Name: | BANK OF KANSAS CITY |
| | GAHM, GWENDOLYNN S | Account Number / CD #: | *******0145 GENERAL CHECKING |
| Taxpayer ID No: | *******6898 | | |
| For Period Ending: | 07/13/15 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/17/15 | 002009 | FIA CARD SERVICES, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2238 | Claim 000006, Payment 6.9% | 7100-000 | | 123.62 | 1,647.13 |
| 06/17/15 | 002010 | FIA CARD SERVICES, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2238 | Claim 000007, Payment 6.9% | 7100-000 | | 172.25 | 1,474.88 |
| 06/17/15 | 002011 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000008, Payment 6.9% | 7100-000 | | 192.52 | 1,282.36 |
| 06/17/15 | 002012 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Claim 000009, Payment 6.9% | 7100-000 | | 438.74 | 843.62 |
| 06/17/15 | 002013 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Claim 000010, Payment 6.9% | 7100-000 | | 282.82 | 560.80 |
| 06/17/15 | 002014 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Claim 000011, Payment 6.9% | 7100-000 | | 207.82 | 352.98 |
| 06/17/15 | 002015 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Claim 000012, Payment 6.9% | 7100-000 | | 122.69 | 230.29 |
| 06/17/15 | 002016 | Portfolio Recovery Associates, LLC<br>successor to CAPITAL ONE, N.A<br>POB 41067<br>Norfolk VA 23541 | Claim 000013, Payment 6.9% | 7100-000 | | 230.29 | 0.00 |

Page Subtotals 0.00 1,770.75

Ver: 18.05

Page: 3

Exhibit 9

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-81076 -TML | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | GAHM, DARYLD L | Bank Name: | BANK OF KANSAS CITY |
| | GAHM, GWENDOLYNN S | Account Number / CD #: | *******0145 GENERAL CHECKING |
| Taxpayer ID No: | *******6898 | | |
| For Period Ending: | 07/13/15 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 6,495.19 | 6,495.19 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 6,495.19 | 0.00 | |
| | | | Subtotal | | 0.00 | 6,495.19 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 6,495.19 | |

| | | | Page Subtotals | 0.00 | 0.00 |

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-81076 -TML | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | GAHM, DARYLD L | Bank Name: | CONGRESSIONAL BANK |
| | GAHM, GWENDOLYNN S | Account Number / CD #: | *******0809  GENERAL CHECKING |
| Taxpayer ID No: | *******6898 | | |
| For Period Ending: | 07/13/15 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/29/13 | 28 | MINNESOTA LIFE INSURANCE COMPANY<br>400 Robert St. N.<br>St. Paul, MN  55101-2098 | INHERITANCE | 1229-000 | 6,666.00 | | 6,666.00 |
| 06/04/13 | 000100 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA  70139 | Blanket Bond | 2300-000 | | 5.50 | 6,660.50 |
| 07/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - June, 2013 | 2600-000 | | 10.00 | 6,650.50 |
| 08/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (July,2013) | 2600-000 | | 10.00 | 6,640.50 |
| 09/11/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (August, 2013) | 2600-000 | | 10.00 | 6,630.50 |
| 10/03/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - September, 2013 | 2600-000 | | 10.00 | 6,620.50 |
| 11/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - October, 2013 | 2600-000 | | 10.00 | 6,610.50 |
| 12/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - November, 2013 | 2600-000 | | 10.00 | 6,600.50 |
| 01/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - December, 2013 | 2600-000 | | 10.00 | 6,590.50 |
| 02/06/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - January, 2014 | 2600-000 | | 10.00 | 6,580.50 |
| 03/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - February, 2014 | 2600-000 | | 10.00 | 6,570.50 |
| 04/07/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - March, 2014 | 2600-000 | | 10.00 | 6,560.50 |
| 05/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - April, 2014 | 2600-000 | | 10.00 | 6,550.50 |
| 06/04/14 | 000101 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA  70139 | Bond Premium (#016018067) | 2300-000 | | 5.31 | 6,545.19 |
| 06/04/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - May, 2014 | 2600-000 | | 10.00 | 6,535.19 |
| 07/03/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,525.19 |
| 08/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,515.19 |
| 09/04/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,505.19 |
| 10/03/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,495.19 |
| 10/08/14 | | Trsf To BANK OF KANSAS CITY | FINAL TRANSFER | 9999-000 | | 6,495.19 | 0.00 |

Page Subtotals  6,666.00  6,666.00

Ver: 18.05
LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 16)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 13-81076 -TML | |
| Case Name: | GAHM, DARYLD L | |
| | GAHM, GWENDOLYNN S | |
| Taxpayer ID No: | *******6898 | |
| For Period Ending: | 07/13/15 | |

| | | |
|---|---|---|
| Trustee Name: | DANIEL M. DONAHUE | |
| Bank Name: | CONGRESSIONAL BANK | |
| Account Number / CD #: | *******0809 GENERAL CHECKING | |
| Blanket Bond (per case limit): | $ 1,500,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 6,666.00 | 6,666.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 6,495.19 | |
| | | | Subtotal | | 6,666.00 | 170.81 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 6,666.00 | 170.81 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| GENERAL CHECKING - ********0145 | 0.00 | 6,495.19 | 0.00 |
| GENERAL CHECKING - ********0809 | 6,666.00 | 170.81 | 0.00 |
| | ------------------ | ------------------ | ------------------ |
| | 6,666.00 | 6,666.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 18.05